**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Rae Ann Asselin</u>

    v.                                              No. 06-fp-031

<u>U.S. Social Security Administration,
Commissioner</u>

**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-031-PB.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date:   January 27, 2006

cc:     Raymond J. Kelly, Esq.